# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Wednesday, November 5, 2025**　　　　　　　　　　　　　　　　　　　　**Hearing Room    302**

9:30 AM
**6:25-17397**　　Alvin E. Medina and Theresa L. Medina　　　　　　　　　　　　　　**Chapter 13**

#14.00　　Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate

**ST**

Docket　　9

**Matter Notes:**

　　GRANTED: _____　　DENIED: ✓_____

　　APO: _____

　　CONT'D. TO: _____

　　WITHDRAWN: _____

　　ORDER LODGED BY: Debtor's counsel

**Tentative Ruling:**

DENY. There is insufficient evidence to overcome the presumption of bad faith.

| Party Information |
|---|

**Debtor(s):**

　　Alvin E. Medina　　　　　　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　　　Michael Smith

**Joint Debtor(s):**

　　Theresa L. Medina　　　　　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　　　Michael Smith

**Movant(s):**

　　Alvin E. Medina　　　　　　　　　　　　　　Represented By